

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2019

No. 04-18-00799-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Marialyn Barnard, Justice (not participating)
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On December 19, 2018, this court conditionally granted relator's petition for writ of mandamus and directed the trial court to rule on relator's motion for default judgment within fourteen days of our opinion. On January 2, 2019, relator filed a Motion to Issue Mandamus Immediately, in which he asked this court to issue our writ because the trial court had not yet ruled on his motion. On January 11, 2019, the trial court signed an order granting relator's motion for default judgment. A copy of the trial court's order is attached to this order.

Because the trial court has now ruled on relator's underlying motion for default judgment, we DENY as moot his Motion to Issue Writ Immediately.

It is so **ORDERED** on January 15, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Sid L. Harle presiding.